**Order entered July 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00647-CV

### UNITED DEVELOPMENT FUNDING, L.P. ET AL, Appellants

### V.

### MEGATEL HOMES III, LLC, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-04147**

## ORDER

Before the Court is appellants' July 16, 2019 second unopposed motion for extension of time to file their opening brief. We **GRANT** the motion and **ORDER** appellant's opening brief be filed no later than August 26, 2019. Because this is an accelerated appeal and the brief was first due June 26, 2019, we caution that further extension requests will be disfavored.

/s/    BILL WHITEHILL
        JUSTICE